ROBERT SINGER, an Infant, by His Guardian ad Litem, DAVID SINGER, et al., Appellants, v. GRACE SITT, Respondent.— Motion by appellants to dispense with printing, granted. The appeal will be heard on a typewritten record and on appellants' typewritten brief. Appellants are directed to file one copy of the typewritten record and six copies of their typewritten brief and to serve one copy of each on respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

NAOMI P. SLEVIN, Respondent, v. MAY F. KING et al., Appellants.— Motion by respondent to dismiss appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

MARY I. STONE, Appellant, v. METROPOLITAN LIFE INSURANCE CO., Defendant, and OLIVE WEINSTEIN et al., Respondents.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of her typewritten brief and to serve one copy on respondents. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

CHESTER ZIEMBICKI, Respondent, v. MOTT IMPROVEMENT CORP., Appellant.— Motion by appellant to extend its time to appear in the action, pending its appeal from an order denying its motion to vacate the service of a summons. Motion granted; appellant's time extended until 10 days after entry of order determining the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.